# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WILKE, LAKAYE A                                   § Case No. 15-82234-TML
                                                         §
                                                         §
Debtor(s)                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $55,470.00 *(without deducting any secured claims)* | Assets Exempt: $7,100.00 |
| Total Distribution to Claimants: $1,671.25 | Claims Discharged Without Payment: $19,154.98 |
| Total Expenses of Administration: $2,855.75 | |

3) Total gross receipts of $ 4,527.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,527.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $34,894.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,855.75 | 2,855.75 | 2,855.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,329.00 | 4,411.23 | 4,411.23 | 1,671.25 |
| **TOTAL DISBURSEMENTS** | $55,223.00 | $7,266.98 | $7,266.98 | $4,527.00 |

4) This case was originally filed under Chapter 7 on September 02, 2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2017     By: /s/STEPHEN G. BALSLEY
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential inheritance from deceased father. | 1129-000 | 4,527.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,527.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Codilis & Associates | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 32,161.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Circuit Court | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Circuit Clerk | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Liebsker & Moore | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Associates, LLC | 4110-000 | 2,733.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$34,894.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 1,131.75 | 1,131.75 | 1,131.75 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 1,724.00 | 1,724.00 | 1,724.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,855.75 | $2,855.75 | $2,855.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 973.00 | 973.38 | 973.38 | 368.78 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 722.00 | 704.97 | 704.97 | 267.09 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 2,219.00 | 2,732.88 | 2,732.88 | 1,035.38 |
| NOTFILED | Nationwide Credit Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pendrick Capital Partners LLC | 7100-000 | 252.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 627.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health System | 7100-000 | 1,380.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Miramed Medical Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TransUnion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | David D. Larson MD | 7100-000 | 644.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony Med Center | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 7,290.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services Co., LLC | 7100-000 | 4,222.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,329.00 | $4,411.23 | $4,411.23 | $1,671.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82234-TML   **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** WILKE, LAKAYE A   **Filed (f) or Converted (c):** 09/02/15 (f)
　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 10/08/15
**Period Ending:** 05/09/17   **Claims Bar Date:** 01/19/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home at 2023 Midway Drive, Rockford IL 61103 | 52,420.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Chase bank. | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture, appliances, television, dishes | 1,250.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Term Life Insurance through Current Employer (no | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 401K through Current Employer | Unknown | 0.00 | | 0.00 | FA |
| 8 | Potential inheritance from deceased father. | 5,000.00 | 2,350.00 | | 4,527.00 | FA |
| 9 | 1/2 interest in a 2005 Chevy Cavalier with over | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1 Dog, 2 Cats | 0.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$60,470.00** | **$2,350.00** | | **$4,527.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   December 18, 2016  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-82234-TML  
**Case Name:** WILKE, LAKAYE A  

**Taxpayer ID #:** **-***9577  
**Period Ending:** 05/09/17  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2266 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/16 | {8} | Estate of Jack Doty | Distribution Payment in Estate of Jack Doty | 1129-000 | 4,527.00 | | 4,527.00 |
| 02/13/17 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,724.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,724.00 | 2,803.00 |
| 02/13/17 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,131.75, Trustee Compensation; Reference: | 2100-000 | | 1,131.75 | 1,671.25 |
| 02/13/17 | 103 | Quantum3 Group LLC as agent for | Dividend paid 37.88% on $973.38; Claim# 1; Filed: $973.38; Reference: | 7100-000 | | 368.78 | 1,302.47 |
| 02/13/17 | 104 | Portfolio Recovery Associates, LLC | Dividend paid 37.88% on $704.97; Claim# 2; Filed: $704.97; Reference: | 7100-000 | | 267.09 | 1,035.38 |
| 02/13/17 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 37.88% on $2,732.88; Claim# 3; Filed: $2,732.88; Reference: | 7100-000 | | 1,035.38 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,527.00 | 4,527.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,527.00 | 4,527.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,527.00** | **$4,527.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2266** | 4,527.00 | 4,527.00 | 0.00 |
| | **$4,527.00** | **$4,527.00** | **$0.00** |

{} Asset reference(s)

Printed: 05/09/2017 11:11 AM V.13.30